**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gilbert Coleman SHEPHERD, a/k/a**
**Gill, Defendant–Appellant.**

No. 13–7003.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 27, 2013.

Gilbert Coleman Shepherd, Appellant Pro Se.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilbert Coleman Shepherd appeals the district court's order denying his motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Shepherd*, No. 3:09-cr-00022-GMG-DJJ-1 (N.D.W.Va. Feb. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*